A CERTIFIED TRUE COPY

APR - 6 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

07 CV 2867    MAR 21 2007

FILED
CLERK'S OFFICE

DOCKET NO. 1598

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION*

*Mark Scott Feltmeyer v. NVE, Inc., et al.,* D. New Jersey, C.A. No. 2:05-1687
*Nicole Shaw v. NVE, Inc., et al.,* D. New Jersey, Bky. Advy. No. 2:06-2533
*Spyros K. Theodorides v. NVE Pharmaceuticals, Inc., et al.,* W.D. Virginia, C.A. No. 6:05-20

### CONDITIONAL TRANSFER ORDER (CTO-48)

On April 13, 2004, the Panel transferred 14 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1373 (J.P.M.L. 2004). Since that time, 663 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jed S. Rakoff.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Rakoff.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of April 13, 2004, and, with the consent of that court, assigned to the Honorable Jed S. Rakoff.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR - 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK

BY _____
    DEPUTY CLERK