UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOCKET NO. 04 M.D. 1598 (JSR)

```
                                    x
=================================   :
IN RE EPHEDRA PRODUCTS              :
LIABILITY LITIGATION                x
=================================   :
                                    :
SPYROS K. THEODORIDES,              :
                                    :
        Plaintiff,                  :
                                    :
v.                                  :
                                    :
NVE PHARMACEUTICALS, INC., et al.   :
                                    :
        Defendants.                 :
=================================   x
```

PERTAINS TO DOCKET NO. 1:07-cv-2867 (JSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-07

## STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to this Court's Case Management Order No. 2, Plaintiff Spyros K. Theodorides,

and Defendants NVE Pharmaceuticals, Inc., NVE, Inc. ("NVE, Inc."), Robert Occhifinto and

CVS Pharmacy ("CVS Corporation"), by and through counsel, being in agreement, hereby

advise the Court that Plaintiff's Complaint against all Defendants should be dismissed, with

prejudice, each party to bear its own costs.

Based upon the agreement of the parties as set forth above;

IT IS ORDERED that Plaintiff's Complaint against all Defendants, be, and the same is

hereby, DISMISSED, with prejudice, each party to bear its own costs.

SO ORDERED this 11th day of December, 2007.

_____
JED S. RAKOFF
JUDGE, UNITED STATES DISTRICT COURT

Robert J. Durant, Jr.
Edwards, Angell, Palmer & Dodge
2800 Financial Plaza
Providence, RI  02903
Tel:  (401)  274-9200

*Attorneys for Defendant CVS Corporation*