UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------------X
                                                        :
IN RE: EPHEDRA PRODUCTS LIABILITY LITIGATION            :    04 M.D. 1598 (JSR)
                                                        :
------------------------------------------------------------------------X
PERTAINS TO ALL CASES                                   :
                                                        :
------------------------------------------------------------------------X
```

### NOTICE OF FILING OF THE JOINT APPLICATION OF THE METABOLIFE CRF REFEREE AND CRF APPEAL REFEREE FOR REIMBURSEMENT OF FEES AND EXPENSES FROM THE MDL EXPENSE FUND

Professor Eric Green of Resolutions, LLC, the Metabolife Claims Resolution Facility Referee (the "Metabolife CRF Referee") and Justice John K. Trotter (Retired) of JAMS, the Metabolife CRF Appeal Referee (the "Metabolife CRF Appeal Referee," and together with the Metabolife CRF Referee, the "CRF Referees") appointed pursuant to the Metabolife Personal Injury Claimants Resolution Facility (the "Metabolife CRF"), which was an exhibit to and a crucial component of the MII Mediation Trust Agreement (the "Metabolife Mediation Trust Agreement"), hereby provides notice to the Court and all counsel of the filing of its motion for an order pursuant to Section 5.01 of the Metabolife Mediation Trust Agreement approving their joint application for reimbursement of fees and expenses from the MDL Expense Fund (the "Fee Application").

Section 5.01(b) of the Metabolife Mediation Trust Agreement provides that the fees and expenses incurred by the CRF Referees shall be paid from the MDL Expense Fund upon approval from the MDL Court.

For the reasons set forth in the Memorandum filed simultaneously herewith, the CRF Referees respectfully request that the Court enter an Order (i) approving the Fee Application, (ii)

approving the payment out of the MDL Expense Fund to the Metabolife CRF Referee in the aggregate amount of $34,919.37, (iii) approving the payment out of the MDL Expense Fund to the Metabolife CRF Appeal Referee in the aggregate amount of $90,000 and (iv) granting such other relief as the Court deems appropriate.

Dated: March 17, 2008

                Respectfully submitted,

                By:/s/Eric D. Green
                  Professor Eric D. Green
                  Resolutions, LLC
                  222 Berkeley Street, Suite 1060
                  Boston, MA 02116
                  Telephone: (617) 556-0800

                By:/s/John K. Trotter
                  The Honorable John K. Trotter (Retired)
                  JAMS
                  500 N. State College Blvd., Suite 600
                  Orange, California 92868
                  Telephone: (714) 939-1300

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served electronically via the Court's electronic filing system on the 17th day of March, 2008 upon all counsel of record.

By:<u>/s/Steven B. Smith</u>
Steven B. Smith
BROWN RUDNICK BERLACK ISRALES LLP

cc:   The Honorable Jed S. Rakoff
      United States District Court, Southern District of New York
      J. Michael McMahon, Clerk of Court
      Daniel Patrick Moynihan United States Courthouse
      500 Pearl Street, Room 1340
      New York, NY 10007-1317

      Special Master James Niss
      400 Riverside Drive 3C
      New York, NY 10025

      Russell S. Briggs, Esq.
      Fibich, Hampton & Leebron, LLP
      Five Houston Center
      1401 McKinney Suite 1800
      Houston, Texas 77010

      Leslie W. O'Leary, Esq.
      Williams Love O'Leary & Powers, P.C.
      9755 SW Barnes Road, Suite 450
      Portland, OR 97225

      Steven J. Skikos, Esq.
      Lopez, Hodes, Restaino, Milman & Skikos
      625 Market Street, 11th Floor
      San Francisco, CA 94105

      Janet G. Abaray, Esq.
      Burg Simpson Eldredge Hersh & Jardine, P.C.
      312 Walnut Street, Suite 2090
      Cincinnati, OH 45202

Edward Blizzard, Esq.
Blizzard, McCarthy & Nabers, LLP
440 Louisiana, Suite 1710
Houston, Texas 77002

Anne Andrews, Esq.
Andrews & Thornton
2 Corporate Park, Suite 110
Irvine, CA 92606

Paul Rheingold, Esq.
Rheingold, Valet, Rheingold, Shkolink & McCartney, LLP
113 E. 37th Street
New York, NY 10016

Robert Roden, Esq.
Shelby Roden LLC
2956 Rhodes Circle
Birmingham, AL 35205

Robert Rikard, Esq.
Whetstone, Myers, Perkins & Young
1303 Blanding Street
Columbia, SC 29201

Paul Hanly, Jr., Esq.
Hanly, Conroy, Bierstein & Sheridan, LLP
415 Madison Avenue
New York, NY 10017