UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
In re: EPHEDRA PRODUCTS LIABILITY         :    04 M.D. 1598 (JSR)
LITIGATION                                :
                                          :    ORDER OF PAYMENT
                                          :
------------------------------------------X
PERTAINS TO ALL CASES

    JED S. RAKOFF, U.S.D.J.

    In Case Management Order No. 46 ¶ 8, upon the motion of Plaintiffs Coordinating Counsel ("PCC"), the Court approved the payment of $222,192.38 from the Ephedra Plaintiffs' Common Expense Fund held by the Clerk pursuant to Case Management Order No. 7 ¶ 2(a) to reimburse certain fees earned and expenses incurred in 2008 by members of the PCC's subcommittee charged with gathering, auditing and submitting the hours and expenditures of 18 law firms who performed work for the common benefit of all plaintiffs. NOW, THEREFORE, the Clerk is hereby directed to issue a check for $222,192.38 to the order of Brown, Rudnick, Berlack & Israels, LLP ("the Firm") and hand it over to a person sent for it by the Firm in exchange for a receipt on the Firm's letterhead identifying the check by amount and payee and signed and dated by the person receiving the check. The Clerk shall preserve the receipt in the files of the Fund. The Firm shall then distribute the funds in accordance with Exhibit 05 to the PCC's Memorandum In Support Of Second Supplemental

1

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-28-08

Application For Reimbursement Of Fees And Expenses Of Common Benefit Subcommittee filed on April 3, 2008.

    SO ORDERED.

                                                          JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
      May 27, 2008